### 17748.   FAVER v. THE STATE.

LUKE, J.   Upon the authority of *Cooley* v. *State*, 152 *Ga.* 469 (3), the judgment overruling the motion for new trial is affirmed.   See also *Carter* v. *State*, 7 *Ga. App.* 42 (65 S. E. 1090); *Tucker* v. *State*, 29 *Ga. App.* 221 (1) (114 S. E. 583).

*Judgment affirmed.   Broyles, C. J., concurs.   Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.

Larceny from house; from Wilkes superior court—Judge Perryman.   October 4, 1926.

The court charged the jury on the law as to the defendant's statement at the trial, but no such statement was made in this case.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.